**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2086

_____

CORVIAN COMMUNITY SCHOOL, INC.,

Plaintiff - Appellant,

v.

C.A., individually, and by and through his parents Rich Aseltine and Courtney Aseltine; RICH ASELTINE, individually; COURTNEY ASELTINE, individually,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:22-cv-00638-RJC-SCR)

_____

Submitted:  June 25, 2024                                    Decided:  July 16, 2024

_____

Before KING, HEYTENS, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:** James G. Middlebrooks, MIDDLEBROOKS LAW PLLC, Charlotte, North Carolina, for Appellant.  Keith Howard, Carla Fassbender, THE LAW OFFICES OF KEITH L. HOWARD, PLLC, Cornelius, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corvian Community School, Inc. ("the School") appeals the district court's order accepting the magistrate judge's recommendation to dismiss the School's action under the Individuals with Disabilities Act, 20 U.S.C. §§ 1400 to 1482, and parallel North Carolina statute, N.C. Gen. Stat. §§ 115C-106.1 to 115C-112.1.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Corvian Cmty. Sch., Inc. v. C.A.*, No. 3:22-cv-00638-RJC-SCR (W.D.N.C. Sept. 15, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*